JS-6
-O-

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE RAMIREZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>R. EISHER,<br><br>　　　　　　Respondent. | CASE NO. 5:20-cv-1561-JGB (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed without prejudice.

DATED: October 29, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JESUS G. BERNAL
　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE